

# PRISONER CASE

**KC FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

FEB 1 3 2008
Feb 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** United States of America ex rel.
MONTEZ BAKER

**Defendant(s):** DONALD A. HULICK, etc.

**County of Residence:** RANDOLPH

**County of Residence:**

**Plaintiff's Address:**

Montez Baker
K-70097
Menard - MND
P.O. Box 711
Menard, IL 62259

**Defendant's Attorney:**

Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**

[ ] 1. U.S. Government Plaintiff

[✓] 3. Federal Question
(U.S. gov't. not a party)

[ ] 2. U.S. Government Defendant

[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

08CV918
JUDGE CONLON
MAGISTRATE JUDGE COX

**Origin:**

[✓] 1. Original Proceeding

[ ] 5. Transferred From Other District

[ ] 2. Removed From State Court

[ ] 6. MultiDistrict Litigation

[ ] 3. Remanded From Appellate Court

[ ] 7. Appeal to District Judge from
Magistrate Judgment

[ ] 4. Reinstated or Reopened

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *a. E. Woodham*  **Date:** 02/13/2008