**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 0918 |

Montez Baker, petitioner

v.

Donald A. Hulick, respondent

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Donald A. Hulick, respondent

| | |
|---|---|
| NAME (Type or print) | |
| Dale M. Park | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Dale M. Park | |
| FIRM | Illinois Attorney General's Office |
| STREET ADDRESS | 100 West Randolph Street, 12th Floor |
| CITY/STATE/ZIP | Chicago, IL, 60601-3218 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6280822 | TELEPHONE NUMBER (312) 814-2197 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |