IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MONTEZ BAKER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DONALD A. HULICK, Warden, )<br>Menard Correctional Center, )<br>)<br>Respondent. ) | No. 08 C 0918<br><br>The Honorable<br>Suzanne B. Conlon,<br>Judge Presiding. |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
PETITION FOR WRIT OF HABEAS CORPUS**

On February 19, 2008, this Court ordered respondent to answer or otherwise plead to Montez Baker's petition for writ of habeas corpus under 28 U.S.C. § 2254 on or before March 19, 2008. Respondent requests this Court to grant a 30-day extension of time to April 18, 2008, to file the response. A supporting declaration is attached to this motion.

March 12, 2008                    Respectfully submitted,

                                  LISA MADIGAN
                                  Attorney General of Illinois

                    By:    s/ Dale M. Park
                           DALE M. PARK, Bar # 6280822
                           Assistant Attorney General
                           100 West Randolph Street, 12th Floor
                           Chicago, Illinois 60601-3218
                           PHONE: (312) 814-2197
                           FAX: (312) 814-2253
                           EMAIL: dpark@atg.state.il.us

## **DECLARATION**

Dale M. Park states as follows:

1. I am the Assistant Attorney General assigned to represent the respondent in this matter.

2. This is my first request for an extension of time.

3. I have ordered, but not yet received, all of the state court materials necessary to file an informed and complete response to the instant petition.

4. This extension of time is needed to review the state court documents and complete a thorough response to the petition and, in part, to allow time for supervisors to review the response.

5. This motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

6. I regret any inconvenience that this motion for an extension of time may cause the Court or party.

I declare under penalty of perjury that the above facts are true.

March 12, 2008
s/ Dale M. Park
Dale M. Park, Bar # 6280822
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
Phone: (312) 814-2197
Fax: (312) 814-2253
Email: dpark@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2008, I electronically filed the foregoing Motion for an Extension of Time with the Clerk of the Court using the CM/ECF system and mailed by United States Postal Service the document to the following non-registered party:

  Montez Baker, #K70097
  Menard Correctional Center
  711 Kaskaskia Street
  P.O. Box 711
  Menard, IL 62259

                                                s/ Dale M. Park
                                                DALE M. PARK, Bar # 6280822
                                                Assistant Attorney General
                                                100 West Randolph Street, 12th Floor
                                                Chicago, Illinois 60601-3218
                                                PHONE: (312) 814-2197
                                                FAX: (312) 814-2253
                                                EMAIL: dpark@atg.state.il.us