IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MONTEZ BAKER, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 0918 |
| DONALD A. HULICK, Warden, Menard Correctional Center, | ) ) ) | The Honorable Suzanne B. Conlon, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Montez Baker, #K70097
      Menard Correctional Center
      711 Kaskaskia Street
      P.O. Box 711
      Menard, IL 62259

   PLEASE TAKE NOTICE, that on March 18, 2008, at 9:00 a.m., or as soon thereafter as I can be heard, I will appear before Judge Conlon in room 1743 of the United States Courthouse at 219 South Dearborn Street in Chicago, Illinois, and present respondent's Motion for an Extension of Time.

                                          LISA MADIGAN
                                          Attorney General of Illinois

                            By:   s/ Dale M. Park
                                  DALE M. PARK, Bar # 6280822
                                  Assistant Attorney General
                                  100 West Randolph Street, 12th Floor
                                  Chicago, Illinois 60601
                                  PHONE: (312) 814-2197
                                  FAX: (312) 814-2253
                                  EMAIL: dpark@atg.state.il.us