CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 - SOUTH DEARBORN STREET
CHICAGO, IL. 60604

3-6-08

FILED
MAR 17 2008
MAR 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: 08C918

CLERK (PRISONER CORRESPONDENT):

    I WOULD LIKE TO INFORM THE COURT OF CHANGES.
    FIRST: ADDRESS CHANGE, AND CHANGE OF CUSTODIAN/RESPONDENT.

THE NEW ADDRESS IS: MONTEZ BAKER, K-70097, P.O. BOX 1700, GALESBURG, IL. 61401.

THE NEW RESPONDENT IS GERARDO ACEVEDO.

ALSO, ENCLOSED IS A MOTION FOR COUNSEL TO BE APPOINTED.

                THANK YOU:

MONTEZ BAKER
K-70097
P.O. BOX 1700
GALESBURG, IL. 61401

        MONTEZ BAKER