# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0918 | **DATE** | 3/18/08 |
| **CASE TITLE** | USA (MONTEZ BAKER) vs. DONALD A. HULICK | | |

**DOCKET ENTRY TEXT**

Respondent's motion [7] for extension of time to April 18, 2008 to respond to petition for writ of habeas corpus is granted. NO FURTHER EXTENSIONS.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-00918  Document 11  Filed 03/18/2008  Page 1 of 1

08C0918 USA (MONTEZ BAKER) vs. DONALD A. HULICK                                    Page 1 of 1