# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 918 | **DATE** | 5/1/2008 |
| **CASE TITLE** | UNITED STATES *ex rel.* MONTEZ BAKER vs. WARDEN GERARDO ACEVEDO | | |

**DOCKET ENTRY TEXT**

Montez Baker's petition for a writ of *habeas corpus* [1] is denied. Baker's motion for appointment of counsel [10] is moot. ENTER MEMORANDUM OPINION AND ORDER.

*Suzanne B. Conlon*

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.
*Mail AO 450 form.

| | Courtroom Deputy | WH |
|---|---|---|

Case 1:08-cv-00918 Document 14 Filed 05/01/2008 Page 1 of 1

08C918 UNITED STATES *ex rel.* MONTEZ BAKER vs. WARDEN GERARDO ACEVEDO   Page 1 of 1