# United States District Court
## Northern District of Illinois
### Eastern Division

UNITED STATES *ex rel.*
MONTEZ BAKER

v.

GERARDO ACEVEDO

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 918

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the petition for a writ of *habeas corpus* is denied.

Michael W. Dobbins, Clerk of Court

Date: 5/1/2008

/s/ Willia Harmon, Deputy Clerk